UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Gregory Bryant | CHAPTER 13 |
| Debtor | CASE NO. 1:18-03737-HWV |

**MOTION TO STOP AMENDED WAGE ATTACHMENT**

**COME NOW**, the Debtor, James Gregory Bryant, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor, James Gregory Bryant, filed a Chapter 13 Petition on September 6, 2018
2. The Debtor James Gregory Bryant agreed agreed to an amended wage attachment through employer, Transport America, and an amended wage attachment order was entered on February 12, 2021.
3. Debtor James Gregory Bryant has been notified by the Trustee that he has made all of his plan payments so the wage attachment is no longer necessary.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court terminate the wage attachment

Respectfully Submitted,

By: **/s/ Dawn M. Cutaia**
Supreme Court ID 77965
Attorney for Debtor(s)
1701 West Market Street
York, PA 17404
717-304-1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     James Gregory Bryant          CHAPTER 13

                 Debtor                      CASE NO. 1:18-03737-HWV

## ORDER TO STOP AMENDED WAGE ATTACHMENT

**AND NOW**, upon consideration of Debtors' Motion to Terminate Wage Attachment, said motion is hereby granted and the wage attachment throughTransport America, is hereby terminated.