In re:

James Gregory Bryant

    Debtor

Case No. 18-03737-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Transport America, ATTN: Kristy Pavak HR Manager, 1715 Yankee Doodle Dr., Eagan, MN 55121-1793 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 James Gregory Bryant dmcutaia@gmail.com cutaiaalawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Jerome B Blank

    on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com

Jill Manuel-Coughlin

    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Mario John Hanyon

    on behalf of Creditor BANK OF AMERICA  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com

Michael Patrick Farrington

    on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com

Thomas Song

    on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    James Gregory Bryant                    CHAPTER 13

               Debtor                                   CASE NO.  1:18-03737-HWV

## ORDER

Upon consideration of Debtors' Motion to Terminate Wage Attachment, Doc. 59, it is

**ORDERED** that the Motion is **GRANTED** and the wage attachment through Transport

America is terminated.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 31, 2023