**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: James Gregory Bryant

Case No.: 1-18-03737HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PennyMac |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 2375 |
| Property Address if applicable: | 416 Brandy Ln |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,358.02 |
| b. | Prepetition arrearages paid by the trustee: | $20,358.02 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $20,358.02 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

| | |
|---|---|
| Mortgage was paid through the Trustee from October 2018 through September 2023. | |
| Current monthly mortgage payment: | $919.63 |
| The next post-petition payment was due on: | October 2023 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 21, 2023                                  Respectfully submitted,


                                                          /s/ Jack N. Zaharopoulos
                                                          Standing Chapter 13 Trustee
                                                          Suite A, 8125 Adams Drive
                                                          Hummelstown, PA 17036
                                                          Phone: (717) 566-6097
                                                          Fax: (717) 566-8313
                                                          email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   James Gregory Bryant

Case No.: 1-18-03737HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021


James Gregory Bryant
416 Brandy Ln
Mechanicsburg PA 17055


I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2023

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03737    JAMES GREGORY BRYANT

**PENNYMAC LOAN SERVICES, LLC**
PO BOX 660929

DALLAS, TX   75266-0929

**Acct No:** 2375

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  | Amt Sched: | $0.00 | Debt: | $54,020.23 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $892.54 | Paid: | $54,020.23 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |

**5010    PENNYMAC LOAN SERVICES, LLC**

| Claim | name | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 09/19/2023 | 2028974 | $892.54 | $0.00 | $892.54 | 09/28/2023 |
|  | Payment for 9/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 08/09/2023 | 2027952 | $892.54 | $0.00 | $892.54 | 08/24/2023 |
|  | Payment for 8/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 07/11/2023 | 2026968 | $892.54 | $0.00 | $892.54 | 07/24/2023 |
|  | Payment for 7/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 06/13/2023 | 2026048 | $892.54 | $0.00 | $892.54 | 06/26/2023 |
|  | Payment for 6/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 05/16/2023 | 2025111 | $892.54 | $0.00 | $892.54 | 05/26/2023 |
|  | Payment for 5/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 04/18/2023 | 2024100 | $892.54 | $0.00 | $892.54 | 04/28/2023 |
|  | Payment for 4/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 03/15/2023 | 2023073 | $892.54 | $0.00 | $892.54 | 03/28/2023 |
|  | Payment for 3/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 02/15/2023 | 2022068 | $892.54 | $0.00 | $892.54 | 02/23/2023 |
|  | Payment for 2/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 01/18/2023 | 2021067 | $892.54 | $0.00 | $892.54 | 02/01/2023 |
|  | Payment for 1/2023 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 12/13/2022 | 2020071 | $892.54 | $0.00 | $892.54 | 12/27/2022 |
|  | Payment for 12/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 11/16/2022 | 2019117 | $892.54 | $0.00 | $892.54 | 12/19/2022 |
|  | Payment for 11/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 10/18/2022 | 2018081 | $917.16 | $0.00 | $917.16 | 11/03/2022 |
|  | Payment for 9/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 10/18/2022 | 2018081 | $917.16 | $0.00 | $917.16 | 11/03/2022 |
|  | Payment for 10/2022 |  |  |  |  |  |  |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | 08/17/2022 | 2016005 | $917.16 | $0.00 | $917.16 | 08/26/2022 |
|  | Payment for 8/2022 |  |  |  |  |  |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014933 | $917.16 | $0.00 | $917.16 | 07/26/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013966 | $917.16 | $0.00 | $917.16 | 06/30/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012935 | $917.16 | $0.00 | $917.16 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011854 | $917.16 | $0.00 | $917.16 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010838 | $917.16 | $0.00 | $917.16 | 03/23/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009850 | $917.16 | $0.00 | $917.16 | 03/02/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008880 | $917.16 | $0.00 | $917.16 | 01/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007864 | $917.16 | $0.00 | $917.16 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006840 | $917.16 | $0.00 | $917.16 | 12/01/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005811 | $865.82 | $0.00 | $865.82 | 10/25/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004765 | $865.82 | $0.00 | $865.82 | 09/30/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003763 | $865.82 | $0.00 | $865.82 | 08/30/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002692 | $865.82 | $0.00 | $865.82 | 07/29/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001717 | $865.82 | $0.00 | $865.82 | 06/30/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000713 | $865.82 | $0.00 | $865.82 | 06/08/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229331 | $865.82 | $0.00 | $865.82 | 04/27/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228321 | $915.14 | $0.00 | $915.14 | 04/01/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228321 | $915.14 | $0.00 | $915.14 | 04/01/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226288 | $915.14 | $0.00 | $915.14 | 02/04/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224504 | $915.14 | $0.00 | $915.14 | 12/24/2020 |
| | | | | | | | Payment for 12/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/03/2020 | 1223539 | $915.14 | $0.00 | $915.14 | 11/20/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/15/2020 | 1222731 | $910.53 | $0.00 | $910.53 | 10/26/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221735 | $910.53 | $0.00 | $910.53 | 09/30/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220675 | $910.53 | $0.00 | $910.53 | 08/31/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219629 | $910.53 | $0.00 | $910.53 | 07/28/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218602 | $910.53 | $0.00 | $910.53 | 06/12/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217628 | $910.53 | $0.00 | $910.53 | 05/19/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216610 | $910.53 | $0.00 | $910.53 | 04/29/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215332 | $910.53 | $0.00 | $910.53 | 04/01/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214019 | $910.53 | $0.00 | $910.53 | 03/02/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212665 | $910.53 | $0.00 | $910.53 | 02/06/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/12/2019 | 1211303 | $910.53 | $0.00 | $910.53 | 12/26/2019 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 11/07/2019 | 1209935 | $910.53 | $0.00 | $910.53 | 11/26/2019 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 10/10/2019 | 1208788 | $894.89 | $0.00 | $894.89 | 11/04/2019 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 09/26/2019 | 1207667 | $894.89 | $0.00 | $894.89 | 10/29/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2019 | 1206181 | $894.89 | $0.00 | $894.89 | 08/16/2019 |
| | | | | | Payment for 7/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 08/07/2019 | 1206181 | $894.89 | $0.00 | $894.89 | 08/16/2019 |
| | | | | | Payment for 8/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2019 | 1204830 | $894.89 | $0.00 | $894.89 | 07/19/2019 |
| | | | | | Payment for 6/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 06/06/2019 | 1203429 | $894.89 | $0.00 | $894.89 | 06/19/2019 |
| | | | | | Payment for 5/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/09/2019 | 1202124 | $894.89 | $0.00 | $894.89 | 05/17/2019 |
| | | | | | Payment for 3/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 05/09/2019 | 1202124 | $894.89 | $0.00 | $894.89 | 05/17/2019 |
| | | | | | Payment for 4/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/11/2019 | 1200797 | $894.89 | $0.00 | $894.89 | 04/23/2019 |
| | | | | | Payment for 1/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 04/11/2019 | 1200797 | $894.89 | $0.00 | $894.89 | 04/23/2019 |
| | | | | | Payment for 2/2019 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 02/07/2019 | 1198152 | $894.89 | $0.00 | $894.89 | 02/19/2019 |
| | | | | | Payment for 12/2018 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 01/10/2019 | 1197033 | $894.89 | $0.00 | $894.89 | 01/18/2019 |
| | | | | | Payment for 11/2018 | | | |
| 501-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2018 | 1195661 | $894.89 | $0.00 | $894.89 | 12/24/2018 |
| | | | | | Payment for 10/2018 | | | |

Sub-totals: $54,020.23  $0.00  $54,020.23

Grand Total: $54,020.23  $0.00

# Disbursements for Claim

**Case:** 18-03737    **JAMES GREGORY BRYANT**

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX  75266-0929

Sequence: 24
Modify:
Filed Date:  10/18/2018  12:00:00AM
Hold Code:

Acct No: 2375/PRE ARREARS/416 BRAN

|  | Amt Sched: | Amt Due: | Debt: | Paid: | Interest Paid: | Accrued Int: | Balance Due: |
|---|---|---|---|---|---|---|---|
|  | $115,484.00 | $0.00 | $20,358.02 | $20,358.02 | $0.00 | $0.00 | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2023 | 2029954 | $483.70 | $0.00 | $483.70 | 10/27/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $387.19 | $0.00 | $387.19 | 09/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $387.18 | $0.00 | $387.18 | 08/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $387.19 | $0.00 | $387.19 | 07/25/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $348.79 | $0.00 | $348.79 | 06/26/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $348.80 | $0.00 | $348.80 | 05/30/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/18/2023 | 2024102 | $818.56 | $0.00 | $818.56 | 04/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/15/2023 | 2023075 | $348.80 | $0.00 | $348.80 | 03/29/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/15/2023 | 2022070 | $348.79 | $0.00 | $348.79 | 02/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/18/2023 | 2021069 | $348.80 | $0.00 | $348.80 | 02/01/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020073 | $348.80 | $0.00 | $348.80 | 12/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019119 | $348.79 | $0.00 | $348.79 | 12/19/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018083 | $222.66 | $0.00 | $222.66 | 11/03/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/17/2022 | 2016007 | $433.46 | $0.00 | $433.46 | 08/29/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/13/2022 | 2014935 | $727.06 | $0.00 | $727.06 | 07/26/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013968 | $86.76 | $0.00 | $86.76 | 06/30/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012937 | $543.88 | $0.00 | $543.88 | 05/25/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011856 | $315.32 | $0.00 | $315.32 | 04/22/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $375.95 | $0.00 | $375.95 | 03/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $411.71 | $0.00 | $411.71 | 03/02/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $367.77 | $0.00 | $367.77 | 01/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $411.71 | $0.00 | $411.71 | 12/24/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2021 | 2006842 | $470.63 | $0.00 | $470.63 | 12/01/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005813 | $376.58 | $0.00 | $376.58 | 10/26/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004767 | $419.60 | $0.00 | $419.60 | 09/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003765 | $435.91 | $0.00 | $435.91 | 08/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/14/2021 | 2002694 | $435.92 | $0.00 | $435.92 | 07/29/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/16/2021 | 2001719 | $689.72 | $0.00 | $689.72 | 07/02/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/18/2021 | 2000715 | $346.27 | $0.00 | $346.27 | 06/15/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229333 | $346.27 | $0.00 | $346.27 | 04/27/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/17/2021 | 1228323 | $602.72 | $0.00 | $602.72 | 04/09/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2021 | 1226290 | $795.22 | $0.00 | $795.22 | 02/04/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224506 | $386.75 | $0.00 | $386.75 | 01/13/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/03/2020 | 1223541 | $762.62 | $0.00 | $762.62 | 11/27/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/17/2020 | 1221737 | $376.32 | $0.00 | $376.32 | 09/30/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/12/2020 | 1220677 | $368.63 | $0.00 | $368.63 | 09/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/07/2020 | 1219631 | $334.17 | $0.00 | $334.17 | 07/27/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/02/2020 | 1218604 | $376.33 | $0.00 | $376.33 | 06/12/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217630 | $376.31 | $0.00 | $376.31 | 05/19/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216612 | $409.23 | $0.00 | $409.23 | 04/29/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215334 | $409.21 | $0.00 | $409.21 | 04/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214021 | $523.12 | $0.00 | $523.12 | 03/03/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212666 | $564.63 | $0.00 | $564.63 | 02/10/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/12/2019 | 1211304 | $615.68 | $0.00 | $615.68 | 12/26/2019 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/07/2019 | 1209936 | $613.57 | $0.00 | $613.57 | 11/26/2019 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/10/2019 | 1208789 | $520.94 | $0.00 | $520.94 | 11/05/2019 |
| | | | | Sub-totals: | $20,358.02 | $0.00 | $20,358.02 | |
| | | | | Grand Total: | $20,358.02 | $0.00 | | |