| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James Gregory Bryant |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 18-03737 HWV |

Form 4100R

# Response to Notice of Final Cure Payment            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 2375

**Property address:**
416 Brandy Lane
Mechanicsburg, PA 17055

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     10 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                       (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b)   $ _____
c. **Total.** Add lines a and b.                                  (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                                page 1

Case 1:18-bk-03737-HWV    Doc 66    Filed 12/06/23    Entered 12/06/23 15:05:30    Desc
Document ID: bcf898a840dd0d1b446d3bb3cbb64e53617d5121cc0661cd028dad9ef004521c
Main Document    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*  Date  12/04/2023
Michael Farrington
04 Dec 2023, 12:37:30, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

| | |
|---|---|
| IN RE: James Gregory Bryant<br>**Debtor(s)**<br><br>BANK OF AMERICA, N.A.<br>**Movant**<br>vs.<br><br>James Gregory Bryant<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 18-03737 HWV<br><br>Chapter 13<br><br>Related to Claim No. 3-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 06, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
James Gregory Bryant
416 Brandy Lane
Mechanicsburg, PA 17055

Attorney for Debtor(s) (via ECF)
Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: December 06, 2023

*/s/ Michael P. Farrington*
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com