United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-03737-HWV
James Gregory Bryant  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 04, 2023     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Gregory Bryant, 416 Brandy Lane, Mechanicsburg, PA 17055-2809 |
| 5121208 | + | Bank Of America, N.A., Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5369086 | + | Bank of America, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5104392 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill PA 17011 |
| 5104393 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill PA 17011-6943 |
| 5104396 | | Cohen Dermatopathology, PO Box 414913, Boston MA 02241-4913 |
| 5104398 | + | Mariner Finance, 40 Noble Blvd Suite 22, Carlisle PA 17013-4122 |
| 5104402 | | Pinnacle Health Hospital, 11 South Front Street, Harrisburg PA 17101 |
| 5104400 | + | US Department Housing and Urban Dev, 451 7th St SW, Washington DC 20410-0002 |
| 5104388 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 04 2023 23:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5104391 | + | EDI: BANKAMER | Dec 04 2023 23:40:00 | Bank of America, CA6-919-02-41, Po Box 5170, Simi Valley CA 93062-5170 |
| 5104394 | + | EDI: CAPONEAUTO.COM | Dec 04 2023 23:40:00 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano TX 75093-7892 |
| 5117526 | + | EDI: AISACG.COM | Dec 04 2023 23:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5121890 | + | EDI: AISACG.COM | Dec 04 2023 23:40:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5104390 | | EDI: PENNDEPTREV | Dec 04 2023 23:40:00 | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5104390 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2023 18:45:00 | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5104397 | ^ | MEBN | Dec 04 2023 18:41:33 | Financial Recoveries, Po Box 1388, Mount Laurel NJ 08054-7388 |
| 5104389 | | EDI: IRS.COM | Dec 04 2023 23:40:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia PA 19101-7346 |
| 5104395 | | EDI: JPMORGANCHASE | Dec 04 2023 23:40:00 | Chase Bank, Attn: Bankruptcy Dept, Po Box 15298, Wilmington DE 19850 |
| 5128311 | + | Email/Text: bankruptcy@marinerfinance.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 04 2023 18:45:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5104399 | + | Email/Text: Bankruptcies@nragroup.com | Dec 04 2023 18:45:00 | National Recovery Agen, 2491 Paxton St, Harrisburg PA 17111-1036 |
| 5104843 | + | EDI: RECOVERYCORP.COM | Dec 04 2023 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5104403 | | Email/Text: banko@preferredcredit.com | Dec 04 2023 18:45:00 | Preferred Credit Inc, Po Box 1970, St Cloud MN 56302 |
| 5104404 | + | Email/Text: joey@rmscollect.com | Dec 04 2023 18:45:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield VA 23235-5826 |
| 5104405 | + | Email/Text: BKRMailOPS@weltman.com | Dec 04 2023 18:45:00 | Sterling Jewelers, 375 Ghent Road, Akron OH 44333-4601 |
| 5107713 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 04 2023 18:52:03 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5104406 | + | EDI: VERIZONCOMB.COM | Dec 04 2023 23:40:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring MO 63304-2225 |
| 5126930 | | EDI: AIS.COM | Dec 04 2023 23:40:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5104407 | + | Email/Text: bankruptcy@signetjewelers.com | Dec 04 2023 18:45:00 | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, Po Box 1799, Akron OH 44309-1799 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5104401 | ## | Peerless Credit Services, Inc., PO Box 518, Middletown PA 17057-0518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Dawn Marie Cutaia | |

| | |
| --- | --- |
| | on behalf of Debtor 1 James Gregory Bryant dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Gregory Bryant<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7099<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-03737-HWV | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Gregory Bryant

12/4/23

**By the court:**

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**